United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10939-djb |
| Serigne Thiam | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2026 | Form ID: 210U | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Serigne Thiam, 1129 S Divinity St, Philadelphia, PA 19143-4301 |
| 15111698 | + | Carter Fed, 100 West Church Street, PO Box 814, Springhill, LA 71075-0814 |
| 15111702 | | Dearborn Life Insurance, 701 E 22nd St Ste 300, Lombard, IL 60148-5097 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 11 2026 00:22:31 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2026 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15111714 | | Email/Text: megan.harper@phila.gov | Mar 11 2026 00:22:36 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15111697 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2026 00:34:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15111699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2026 00:22:00 | Comenitycapital, Attn: Bankruptcy Dept, PO Box 182273, Columbus, OH 43218-2273 |
| 15111700 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 11 2026 00:22:00 | Concora Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 15111701 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2026 00:34:26 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15111703 | + | Email/Text: mrdiscen@discover.com | Mar 11 2026 00:22:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15111704 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 11 2026 00:22:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15111705 | | Email/Text: HHEBN@harriscollect.com | Mar 11 2026 00:22:00 | Harris & Harris, Ltd., 111 W Jackson Blvd Suite 650, Chicago, IL 60604 |
| 15111706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2026 00:22:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15111707 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 00:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15111708 | | Email/Text: bankruptcy@td.com | Mar 11 2026 00:22:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15111709 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: 210U | Total Noticed: 22 |

| | | Mar 11 2026 00:22:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
|---|---|---|---|
| 15111711 | ^ MEBN | | |
| | | Mar 11 2026 00:18:33 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15111713 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 11 2026 00:34:37 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15111710 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Mar 11 2026 00:22:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15111712 | Email/Text: bankruptcy@philapark.org | | |
| | | Mar 11 2026 00:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15111715 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 11 2026 00:34:32 | Wells Fargo Bank, Na, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Serigne Thiam help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Serigne Thiam                                                                 Case No: 26−10939−djb

     Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 3/10/26

Mohung Wong
Clerk of Court

5
Form 210U